# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Bryan VELIZ,<br>Defendant. | Case No.: **2:26-mj-8736**<br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 4, 2026, within the Southern District of California, defendant, Bryan VELIZ, did knowingly and intentionally import one (1) kilogram and more, to wit: approximately 2.18 kilograms (4.81 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

JOSE L PENA JR Digitally signed by JOSE L PENA JR Date: 2026.08.05 03:36:38 -07'00'

Special Agent Jose Pena
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th day of August, 2026.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

United States of America
v.
Bryan VELIZ

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Jose Pena.

On August 4, 2026, Bryan VELIZ (VELIZ), a United States Citizen traveling from Mexico, applied for entry into the United States via the pedestrian primary lanes at the Calexico, California West Port of Entry (POE).

At approximately 7:38 p.m., Customs and Border Protection Officer (CBPO) A. Garcia was assigned to pedestrian primary at the Calexico West POE. CBPO Garcia obtained a negative customs declaration from VELIZ. VELIZ told CBPO Garcia he was going to Seeley, California. Upon querying VELIZ's name in the CBP database, a computer-generated alert appeared on the screen. CBPO Garcia escorted VELIZ to the pedestrian secondary inspection area to conduct a pat down of VELIZ.

During the pat down, VELIZ stated that he suffered an injury to his abdomen when he was playing soccer and that he was wrapped by the doctor. CBPO Garcia felt anomalies on VELIZ's abdomen area and asked VELIZ what was attached to his abdomen. VELIZ said it was something his doctor gave him due to his injury. CBPO Garcia requested a partial pat down from Supervisory CBPO Tapia, and a partial pat down of the abdomen area was approved. During the pat down, Garcia discovered two packages strapped to VELIZ's body. VELIZ insisted they were medical instruments issued by a doctor in Mexicali. CBPO Garcia took the two packages off from his abdomen and the dark brown substance found in the packages was tested. CBPO D. Carter tested the two packages found on VELIZ and CBPO Carter received a positive result for Opium.

VELIZ was placed under arrest and charged with a violation of Title 21, United States Code Section 952 and 960, for Importation of a Controlled Substance. VELIZ was booked into the GEO El Centro Detention Facility to await initial appearance.